**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

|  |  |  |
|---|---|---|
| **TYRONE DUNCAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2021-0003** |
| | ) | |
| **HESS CORPORATION and HESS OIL NEW YORK** | ) | |
| **CORP.,** *as successor by merger with* **HESS OIL** | ) | |
| **VIRGIN ISLANDS CORP., and VIRGIN ISLANDS** | ) | |
| **INDUSTRIAL MAINTENANCE CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

|  |  |  |
|---|---|---|
| **TELBERT MARTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2021-0004** |
| | ) | |
| **HESS CORPORATION and HESS OIL NEW YORK** | ) | |
| **CORP.,** *as successor by merger with* **HESS OIL** | ) | |
| **VIRGIN ISLANDS CORP., and VIRGIN ISLANDS** | ) | |
| **INDUSTRIAL MAINTENANCE CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

|  |  |  |
|---|---|---|
| **JOHN POLEON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2021-0005** |
| | ) | |
| **HESS CORPORATION and HESS OIL NEW YORK** | ) | |
| **CORP.,** *as successor by merger with* **HESS OIL** | ) | |
| **VIRGIN ISLANDS CORP., and VIRGIN ISLANDS** | ) | |
| **INDUSTRIAL MAINTENANCE CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

|  |  |  |
|---|---|---|
| **CHARLINE THORPE, as personal representative of the Estate of WILMOUTH A. HUGHES,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **Civil Action No. 2021-0007** |
| **HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

|  |  |  |
|---|---|---|
| **MORRIS BENJAMIN,** | ) ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **Civil Action No. 2021-0096** |
| **HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

|  |  |  |
|---|---|---|
| **EDRIC NISBETH,** | ) ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **Civil Action No. 2021-0097** |
| **HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

RONNIE RENNIE,                                              )
                                                           )
                    Plaintiff,                             )
                                                           )
          v.                                               )        Civil Action No. 2021-0104
                                                           )
HESS CORPORATION and HESS OIL NEW YORK                     )
CORP., *as successor by merger with* HESS OIL              )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS                   )
INDUSTRIAL MAINTENANCE CORP.,                              )
                                                           )
                    Defendants.                            )
_____)
                                                           )
MELROSE TREASURE,                                          )
                                                           )
                    Plaintiff,                             )
                                                           )
          v.                                               )        Civil Action No. 2021-0105
                                                           )
HESS CORPORATION and HESS OIL NEW YORK                     )
CORP., *as successor by merger with* HESS OIL              )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS                   )
INDUSTRIAL MAINTENANCE CORP.,                              )
                                                           )
                    Defendants.                            )
_____)
                                                           )
SANTOS RIVERA,                                             )
                                                           )
                    Plaintiff,                             )
                                                           )
          v.                                               )        Civil Action No. 2021-0106
                                                           )
HESS CORPORATION and HESS OIL NEW YORK                     )
CORP., *as successor by merger with* HESS OIL              )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS                   )
INDUSTRIAL MAINTENANCE CORP.,                              )
                                                           )
                    Defendants.                            )
_____)

|  |  |  |
|---|---|---|
| ELIZABETH THEODULE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2021-0112 |
| | ) | |
| HESS CORPORATION and HESS OIL NEW YORK CORP., *as successor by merger with* HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DENNIS BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2021-0116 |
| | ) | |
| HESS CORPORATION and HESS OIL NEW YORK CORP., *as successor by merger with* HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ANTHONY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2021-0119 |
| | ) | |
| HESS CORPORATION and HESS OIL NEW YORK CORP., *as successor by merger with* HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

|  |  |
|---|---|
| MACDONALD TAYLOR,<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,**<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)     **Civil Action No. 2021-0121**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| CYRIL TITRE,<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,**<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)     **Civil Action No. 2021-0122**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| CAROL G. WILLIAMS,<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,**<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)     **Civil Action No. 2021-0123**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CRISTINO CRUZ, )
 )
   Plaintiff, )
 )
   v. ) **Civil Action No. 2021-0124**
 )
**HESS CORPORATION and HESS OIL NEW YORK** )
**CORP.,** *as successor by merger with* **HESS OIL** )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS** )
**INDUSTRIAL MAINTENANCE CORP.,** )
 )
   Defendants. )
_____)

TRICIA DONELLY, )
 )
   Plaintiff, )
 )
   v. ) **Civil Action No. 2021-0127**
 )
**HESS CORPORATION and HESS OIL NEW YORK** )
**CORP.,** *as successor by merger with* **HESS OIL** )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS** )
**INDUSTRIAL MAINTENANCE CORP.,** )
 )
   Defendants. )
_____)

CUTHBERT F. ROBERTS, )
 )
   Plaintiff, )
 )
   v. ) **Civil Action No. 2021-0129**
 )
**HESS CORPORATION and HESS OIL NEW YORK** )
**CORP.,** *as successor by merger with* **HESS OIL** )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS** )
**INDUSTRIAL MAINTENANCE CORP.,** )
 )
   Defendants. )
_____)

ALEXIS H. BROWNE,                                )
                                                 )
          Plaintiff,                             )
                                                 )
     v.                                          )          Civil Action No. 2021-0130
                                                 )
HESS CORPORATION and HESS OIL NEW YORK           )
CORP., *as successor by merger with* HESS OIL    )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS         )
INDUSTRIAL MAINTENANCE CORP.,                    )
                                                 )
          Defendants.                            )
_____)
                                                 )
ALFORD D. BENJAMIN,                              )
                                                 )
          Plaintiff,                             )
                                                 )
     v.                                          )          Civil Action No. 2021-0131
                                                 )
HESS CORPORATION and HESS OIL NEW YORK           )
CORP., *as successor by merger with* HESS OIL    )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS         )
INDUSTRIAL MAINTENANCE CORP.,                    )
                                                 )
          Defendants.                            )
_____)
                                                 )
CURTIS TONY GREEN,                               )
                                                 )
          Plaintiff,                             )
                                                 )
     v.                                          )          Civil Action No. 2021-0134
                                                 )
HESS CORPORATION and HESS OIL NEW YORK           )
CORP., *as successor by merger with* HESS OIL    )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS         )
INDUSTRIAL MAINTENANCE CORP.,                    )
                                                 )
          Defendants.                            )
_____)

CHRISTIAN FARRELLY,               )

          Plaintiff,         )

          v.         )      Civil Action No. 2021-0136

HESS CORPORATION and HESS OIL NEW YORK )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS )
INDUSTRIAL MAINTENANCE CORP., )

          Defendants.     )
_____)

HEAFLINE BANNIS,            )

          Plaintiff,         )

          v.         )      Civil Action No. 2021-0138

HESS CORPORATION and HESS OIL NEW YORK )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS )
INDUSTRIAL MAINTENANCE CORP., )

          Defendants.     )
_____)

JUAN BATISTA,              )

          Plaintiff,         )

          v.         )      Civil Action No. 2021-0140

HESS CORPORATION and HESS OIL NEW YORK )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS )
INDUSTRIAL MAINTENANCE CORP., )

          Defendants.     )
_____)

CATHERINE DANIEL,                              )

                    Plaintiff,                  )

                    v.                      )      Civil Action No. 2021-0141

                              )

**HESS CORPORATION and HESS OIL NEW YORK**  )
**CORP.,** *as successor by merger with* **HESS OIL**    )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS**  )
**INDUSTRIAL MAINTENANCE CORP.,**         )

                    Defendants.         )
_____)

GERARD ST. ROSE,                        )

                    Plaintiff,                  )

                    v.                      )      Civil Action No. 2021-0148

                              )

**HESS CORPORATION and HESS OIL NEW YORK**  )
**CORP.,** *as successor by merger with* **HESS OIL**    )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS**  )
**INDUSTRIAL MAINTENANCE CORP.,**         )

                    Defendants.         )
_____)

NATALIA HERMAN-SADOO,              )

                    Plaintiff,                  )

                    v.                      )      Civil Action No. 2021-0149

                              )

**HESS CORPORATION and HESS OIL NEW YORK**  )
**CORP.,** *as successor by merger with* **HESS OIL**    )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS**  )
**INDUSTRIAL MAINTENANCE CORP.,**         )

                    Defendants.         )
_____)

9

**GLEN GONZALES,**                                                  )
                                                                   )
          **Plaintiff,**                                    )
                                                                   )
          **v.**                                          )      **Civil Action No. 2021-0150**
                                                                   )
**HESS CORPORATION and HESS OIL NEW YORK**                         )
**CORP.,** *as successor by merger with* **HESS OIL**              )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS**                       )
**INDUSTRIAL MAINTENANCE CORP.,**                                  )
                                                                   )
          **Defendants.**                                 )
_____)
                                                                   )
**GUALBERT EVANS,**                                                )
                                                                   )
          **Plaintiff,**                                  )
                                                                   )
          **v.**                                          )      **Civil Action No. 2021-0153**
                                                                   )
**HESS CORPORATION and HESS OIL NEW YORK**                         )
**CORP.,** *as successor by merger with* **HESS OIL**              )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS**                       )
**INDUSTRIAL MAINTENANCE CORP.,**                                  )
                                                                   )
          **Defendants.**                                 )
_____)
                                                                   )
**THERESA JOSEPH,**                                                )
                                                                   )
          **Plaintiff,**                                  )
                                                                   )
          **v.**                                          )      **Civil Action No. 2021-0154**
                                                                   )
**HESS CORPORATION and HESS OIL NEW YORK**                         )
**CORP.,** *as successor by merger with* **HESS OIL**              )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS**                       )
**INDUSTRIAL MAINTENANCE CORP.,**                                  )
                                                                   )
          **Defendants.**                                 )
_____)

MICHAEL THOMAS,                                    )
                                                  )
            Plaintiff,                            )
                                                  )
      v.                                          )        Civil Action No. 2021-0108
                                                  )
HESS CORPORATION and HESS OIL NEW YORK            )
CORP., *as successor by merger with* HESS OIL     )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS          )
INDUSTRIAL MAINTENANCE CORP.,                     )
                                                  )
            Defendants.                           )
_____ )
                                                  )
AMELINA MARC LOUIS,                               )
                                                  )
            Plaintiff,                            )
                                                  )
      v.                                          )        Civil Action No. 2021-0158
                                                  )
HESS CORPORATION and HESS OIL NEW YORK            )
CORP., *as successor by merger with* HESS OIL     )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS          )
INDUSTRIAL MAINTENANCE CORP.,                     )
                                                  )
            Defendants.                           )
_____ )
                                                  )
VIVIANE CHARLES MONDESIR,                         )
                                                  )
            Plaintiff,                            )
                                                  )
      v.                                          )        Civil Action No. 2021-0160
                                                  )
HESS CORPORATION and HESS OIL NEW YORK            )
CORP., *as successor by merger with* HESS OIL     )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS          )
INDUSTRIAL MAINTENANCE CORP.,                     )
                                                  )
            Defendants.                           )
_____ )

**JOYCELINE NOELIEN,**                                )
                                                      )
          **Plaintiff,**                              )
                                                      )
     v.                                               )    **Civil Action No. 2021-0162**
                                                      )
**HESS CORPORATION and HESS OIL NEW YORK**            )
**CORP.,** *as successor by merger with* **HESS OIL** )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS**          )
**INDUSTRIAL MAINTENANCE CORP.,**                     )
                                                      )
          **Defendants.**                             )
_____ )
                                                      )
**GEORGE FONTENELLE,**                                )
                                                      )
          **Plaintiff,**                              )
                                                      )
     v.                                               )    **Civil Action No. 2021-0164**
                                                      )
**HESS CORPORATION and HESS OIL NEW YORK**            )
**CORP.,** *as successor by merger with* **HESS OIL** )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS**          )
**INDUSTRIAL MAINTENANCE CORP.,**                     )
                                                      )
          **Defendants.**                             )
_____ )
                                                      )
**RITA VELAZQUEZ,**                                   )
                                                      )
          **Plaintiff,**                              )
                                                      )
     v.                                               )    **Civil Action No. 2021-0167**
                                                      )
**HESS CORPORATION and HESS OIL NEW YORK**            )
**CORP.,** *as successor by merger with* **HESS OIL** )
**VIRGIN ISLANDS CORP., and VIRGIN ISLANDS**          )
**INDUSTRIAL MAINTENANCE CORP.,**                     )
                                                      )
          **Defendants.**                             )
_____ )

12

| | |
|---|---|
| **TYRONE BURKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 2021-0168** |
| ) | |
| **HESS CORPORATION and HESS OIL NEW YORK** ) | |
| **CORP.,** *as successor by merger with* **HESS OIL** ) | |
| **VIRGIN ISLANDS CORP., and VIRGIN ISLANDS** ) | |
| **INDUSTRIAL MAINTENANCE CORP.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |
| **WILFRED Z. JEFFERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 2021-0170** |
| ) | |
| **HESS CORPORATION and HESS OIL NEW YORK** ) | |
| **CORP.,** *as successor by merger with* **HESS OIL** ) | |
| **VIRGIN ISLANDS CORP., and VIRGIN ISLANDS** ) | |
| **INDUSTRIAL MAINTENANCE CORP.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |
| **RICHARD A. SAMUEL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 2021-0172** |
| ) | |
| **HESS CORPORATION and HESS OIL NEW YORK** ) | |
| **CORP.,** *as successor by merger with* **HESS OIL** ) | |
| **VIRGIN ISLANDS CORP., and VIRGIN ISLANDS** ) | |
| **INDUSTRIAL MAINTENANCE CORP.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

13

| | |
|---|---|
| RICHARD ALLEN,                                                   ) | |
|                           Plaintiff,    ) | |
|                       v.    ) | Civil Action No. 2021-0173 |
| HESS CORPORATION and HESS OIL NEW YORK    ) | |
| CORP., *as successor by merger with* HESS OIL    ) | |
| VIRGIN ISLANDS CORP., and VIRGIN ISLANDS    ) | |
| INDUSTRIAL MAINTENANCE CORP.,    ) | |
|                        Defendants.    ) | |

RICHARD ALLEN,                                                   )

         Plaintiff,    )

         v.    )     Civil Action No. 2021-0173

HESS CORPORATION and HESS OIL NEW YORK    )
CORP., *as successor by merger with* HESS OIL    )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS    )
INDUSTRIAL MAINTENANCE CORP.,    )

         Defendants.    )
_____)

MATTHEW VERNAGE,    )

         Plaintiff,    )

         v.    )     Civil Action No. 2021-0180

HESS CORPORATION and HESS OIL NEW YORK    )
CORP., *as successor by merger with* HESS OIL    )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS    )
INDUSTRIAL MAINTENANCE CORP.,    )

         Defendants.    )
_____)

MAGILTA JOSEPH,    )

         Plaintiff,    )

         v.    )     Civil Action No. 2021-0185

HESS CORPORATION and HESS OIL NEW YORK    )
CORP., *as successor by merger with* HESS OIL    )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS    )
INDUSTRIAL MAINTENANCE CORP.,    )

         Defendants.    )
_____)

14

MILES HENRY,                                                    )
                                                               )
           Plaintiff,                                          )
                                                               )
           v.                                                  )    Civil Action No. 2021-0186
                                                               )
HESS CORPORATION and HESS OIL NEW YORK                         )
CORP., *as successor by merger with* HESS OIL                  )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS                      )
INDUSTRIAL MAINTENANCE CORP.,                                  )
                                                               )
           Defendants.                                         )
_____)
                                                               )
RONALD SEALEY,                                                  )
                                                               )
           Plaintiff,                                          )
                                                               )
           v.                                                  )    Civil Action No. 2021-0187
                                                               )
HESS CORPORATION and HESS OIL NEW YORK                         )
CORP., *as successor by merger with* HESS OIL                  )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS                      )
INDUSTRIAL MAINTENANCE CORP.,                                  )
                                                               )
           Defendants.                                         )
_____)
                                                               )
SANDRO RIVERA,                                                 )
                                                               )
           Plaintiff,                                          )
                                                               )
           v.                                                  )    Civil Action No. 2021-0189
                                                               )
HESS CORPORATION and HESS OIL NEW YORK                         )
CORP., *as successor by merger with* HESS OIL                  )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS                      )
INDUSTRIAL MAINTENANCE CORP.,                                  )
                                                               )
           Defendants.                                         )
_____)

**JAMES ARLINGTON SMITH,**

        **Plaintiff,**

        **v.**

**HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,**

        **Defendants.**

**Civil Action No. 2021-0193**

---

**RUFINUS GERVAIS,**

        **Plaintiff,**

        **v.**

**HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,**

        **Defendants.**

**Civil Action No. 2021-0202**

---

**SHAWN WALTERS,**

        **Plaintiff,**

        **v.**

**HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,**

        **Defendants.**

**Civil Action No. 2021-0203**

---

| | | |
|---|---|---|
| **JUAN LOPEZ-QUINTANA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2021-0204** |
| | ) | |
| **HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **LARRY JEAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2021-0208** |
| | ) | |
| **HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **LINK BALTIMORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2021-0209** |
| | ) | |
| **HESS CORPORATION and HESS OIL NEW YORK CORP.,** *as successor by merger with* **HESS OIL VIRGIN ISLANDS CORP., and VIRGIN ISLANDS INDUSTRIAL MAINTENANCE CORP.,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

IRA BOWRY,    )
             )
             )
          Plaintiff,    )
             )
          v.    )    Civil Action No. 2021-0210
             )
HESS CORPORATION and HESS OIL NEW YORK    )
CORP., *as successor by merger with* HESS OIL    )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS    )
INDUSTRIAL MAINTENANCE CORP.,    )
             )
          Defendants.    )
_____)
             )
FENTON CURTIS VICTOR,    )
             )
          Plaintiff,    )
             )
          v.    )    Civil Action No. 2021-0211
             )
HESS CORPORATION and HESS OIL NEW YORK    )
CORP., *as successor by merger with* HESS OIL    )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS    )
INDUSTRIAL MAINTENANCE CORP.,    )
             )
          Defendants.    )
_____)
             )
THERESA CREIGHTON,    )
             )
          Plaintiff,    )
             )
          v.    )    Civil Action No. 2021-0212
             )
HESS CORPORATION and HESS OIL NEW YORK    )
CORP., *as successor by merger with* HESS OIL    )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS    )
INDUSTRIAL MAINTENANCE CORP.,    )
             )
          Defendants.    )
_____)

LLOYD RENNIE,                                          )
                                                       )
                Plaintiff,                             )
                                                       )
        v.                                             )        Civil Action No. 2021-0213
                                                       )
HESS CORPORATION and HESS OIL NEW YORK                 )
CORP., *as successor by merger with* HESS OIL          )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS               )
INDUSTRIAL MAINTENANCE CORP.,                          )
                                                       )
                Defendants.                            )
_____)
                                                       )
AYBERT LEON,                                           )
                                                       )
                Plaintiff,                             )
                                                       )
        v.                                             )        Civil Action No. 2021-0217
                                                       )
HESS CORPORATION and HESS OIL NEW YORK                 )
CORP., *as successor by merger with* HESS OIL          )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS               )
INDUSTRIAL MAINTENANCE CORP.,                          )
                                                       )
                Defendants.                            )
_____)
                                                       )
AGNES ANDREW,                                          )
                                                       )
                Plaintiff,                             )
                                                       )
        v.                                             )        Civil Action No. 2021-0218
                                                       )
HESS CORPORATION and HESS OIL NEW YORK                 )
CORP., *as successor by merger with* HESS OIL          )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS               )
INDUSTRIAL MAINTENANCE CORP.,                          )
                                                       )
                Defendants.                            )
_____)

19

STEPHANIE GRANGER,                            )
                                              )
                        Plaintiff,            )
                                              )
               v.                             )     Civil Action No. 2021-0219
                                              )
HESS CORPORATION and HESS OIL NEW YORK        )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS      )
INDUSTRIAL MAINTENANCE CORP.,                 )
                                              )
                        Defendants.           )
_____)
                                              )
CARMEN SANTIAGO,                              )
                                              )
                        Plaintiff,            )
                                              )
               v.                             )     Civil Action No. 2021-0227
                                              )
HESS CORPORATION and HESS OIL NEW YORK        )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS      )
INDUSTRIAL MAINTENANCE CORP.,                 )
                                              )
                        Defendants.           )
_____)
                                              )
BRIAN RAMBALLY,                               )
                                              )
                        Plaintiff,            )
                                              )
               v.                             )     Civil Action No. 2021-0228
                                              )
HESS CORPORATION and HESS OIL NEW YORK        )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS      )
INDUSTRIAL MAINTENANCE CORP.,                 )
                                              )
                        Defendants.           )
_____)

FELIX EASTMAN,                  )

               Plaintiff,        )

               v.         )       **Civil Action No. 2021-0229**

HESS CORPORATION and HESS OIL NEW YORK )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS )
INDUSTRIAL MAINTENANCE CORP.,       )

               Defendants.   )

_____

EDWIN BROWNE,              )

               Plaintiff,        )

               v.         )       **Civil Action No. 2021-0231**

HESS CORPORATION and HESS OIL NEW YORK )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS )
INDUSTRIAL MAINTENANCE CORP.,       )

               Defendants.   )

_____

DIANAN SUBNAIK,           )

               Plaintiff,        )

               v.         )       **Civil Action No. 2021-0232**

HESS CORPORATION and HESS OIL NEW YORK )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS )
INDUSTRIAL MAINTENANCE CORP.,       )

               Defendants.   )

_____

CARLOS DALMAU-ESTRADA,                    )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )          Civil Action No. 2021-0233
                                          )
HESS CORPORATION and HESS OIL NEW YORK    )
CORP., *as successor by merger with* HESS OIL )
VIRGIN ISLANDS CORP., and VIRGIN ISLANDS  )
INDUSTRIAL MAINTENANCE CORP.,             )
                                          )
                    Defendants.           )
_____  )

Attorneys:

**J. Russell Pate, Esq.,**
St. Thomas, U.S.V.I.
**Korey A. Nelson, Esq.,**
New Orleans, LA
          *For Plaintiffs*

**Carl A. Beckstedt, III, Esq.,**
St. Croix, U.S.V.I.
**Carolyn F. O'Connor, Esq.,**
**Joseph T. Hanlon, Esq.,**
Florham Park, NJ
          *For Defendants Hess Corporation & Hess*
          *Oil New York Corp., as successor by merger*
          *with Hess Oil Virgin Islands Corp.*

## <u>ORDER</u>

THIS MATTER comes before the Court on the Response of Defendants Hess Corporation

and Hess Oil New York Corp. (collectively, "Hess Defendants") (Case No. 1:2021-cv-0003, Dkt.

No. 9) and Defendant Virgin Islands Industrial Maintenance Corp. ("VIIMC") (Case No. 1:2021-

cv-0003, Dkt. No. 10) to this Court's Order to Show Cause entered on September 23, 2021. (Case

No. 1:2021-cv-0003, Dkt. No. 8). The Hess Defendants have no objection to remanding the above-

captioned cases to the Superior Court based upon the same rationale applied by this Court in Memorandum Opinions and Orders entered on May 25, 2021, in similar cases.[1] Although Defendant VIIMC has not previously entered an appearance in this Court, it reports that it has filed answers in the Superior Court to some of the above-captioned cases. (Case No.1:2021-cv-0003, Dkt. No. 10 at 1-2). VIIMC further reports that it has no objection to the remand of those cases in which it has filed Answers, and takes no position as to those cases in which it has not yet been served with process. *Id.* at 2.

UPON CONSIDERATION of the foregoing, it is hereby

ORDERED that the above-captioned cases are REMANDED to the Superior Court of the Virgin Islands based on the rationale set forth in this Court's Memorandum Opinions and Orders entered on May 25, 2021; and it is further

ORDERED that the Clerk of Court is directed to REMAND the above-captioned cases to the Superior Court of the Virgin Islands; and it is further

---

[1] *See Beharry v. Hess Corp., et al.*, No. 1:2020-cv-078, 2021 WL 2143817 (D.V.I. May 25, 2021); *Bougouneau v. Hess Corp., et al.*, No. 1:2020-cv-082, 2021 WL 2143818 (D.V.I. May 25, 2021); *Brown v. Hess Corp., et al.*, No. 1:2020-cv-084, 2021 WL 2143363 (D.V.I. May 25, 2021); *Daniel v. Hess Corp., et al.*, No. 1:2020-cv-086, 2021 WL 2143361 (D.V.I. May 25, 2021); *De Lande v. Hess Corp., et al.*, No. 1:2020-cv-087, 2021 WL 2143352 (D.V.I. May 25, 2021); *Desir v. Hess Corp., et al.*, No. 1:2020-cv-088, 2021 WL 2143353 (D.V.I. May 25, 2021); *Donawa v. Hess Corp., et al.*, No. 1:2020-cv-090, 2021 WL 2143329 (D.V.I. May 25, 2021); *Fox v. Hess Corp., et al.*, No. 1:2020-cv-092, 2021 WL 2143330 (D.V.I. May 25, 2021); *Gilbert v. Hess Corp., et al.*, No. 1:2020-cv-093, 2021 WL 2143332 (D.V.I. May 25, 2021); *Henry v. Hess Corp., et al.*, No. 1:2020-cv-096, 2021 WL 2143331 (D.V.I. May 25, 2021); *McIntosh v. Hess Corp., et al.*, No. 1:2020-cv-098, 2021 WL 2143327 (D.V.I. May 25, 2021); *Nobbie v. Hess Corp., et al.*, No. 1:2020-cv-100, 2021 WL 2144908 (D.V.I. May 25, 2021); *Paul v. Hess Corp., et al.*, No. 1:2020-cv-102, 2021 WL 2144910 (D.V.I. May 25, 2021); *Philogene v. Hess Corp., et al.*, No. 1:2020-cv-103, 2021 WL 2144909 (D.V.I. May 25, 2021).

**ORDERED** that any pending motions in the above-captioned cases are **TERMINATED**; and it is further

**ORDERED** that the Clerk of Court is directed to mark these cases **CLOSED**.

**SO ORDERED.**

Date:   October 12, 2021                                    _____/s/_____
                                                                     WILMA A. LEWIS
                                                                     District Judge